# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DARREL BUSCHKOETTER, et al.** ) | |
| ) | **8:05CV115** |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **ORDER** |
| ) | |
| **MICHAEL O. JOHANNS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court *sua sponte.*

Pursuant to Chief Judge Joseph F. Bataillon's order of March 11, 2005 (**see** Filing No. 39), the parties are ordered to meet and confer and file a joint status report **on or before July 1, 2005.** Such report shall contain those matters described in Fed. R. Civ P. 26(f) regarding the parties proposals for the progression of the remaining issues in this matter.

**IT IS SO ORDERED.**

DATED this 2nd day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge