IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DARREL BUSCHKOETTER, et al.,** | ) | |
| | ) | **8:05CV115** |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL O. JOHANNS, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon the parties Joint Status Report and Request for Stay of Case Progression (Filing No. 47),

**IT IS HEREBY ORDERED** that this case is stayed **until August 31, 2005**, at which time the plaintiffs shall file an amended complaint. The defendants shall have until **October 31, 2005**, to respond to plaintiffs' amended complaint.

DATED this 30th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge