IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DARRELL BUSCHKOETTER, et al., ) | |
| ) | 8:05CV115 |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MICHAEL O. JOHANNS, SECRETARY OF ) | |
| THE UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court following a telephone conference with counsel on September 12, 2005. Representing the plaintiffs were John Svoboda and William L. Biggs, Jr. Representing the defendants was Robert L. Human. Following a discussion with counsel,

**IT IS ORDERED:**

1. The plaintiffs shall file their amended complaint **on or before September 23, 2005**.

2. The defendants shall file their motion to dismiss **on or before November 4, 2005**.

3. The plaintiffs shall have to **on or before November 28, 2005**, in which to file their response to the defendants' motion to dismiss.

4. The defendants shall have to **on or before December 7, 2005**, in which to file a reply to the plaintiffs' response.

5. **Within ten (10) calendar days** following the court's ruling on the defendants' motion to dismiss, the plaintiffs' counsel shall initiate a telephone conference with the undersigned magistrate judge and the defendants' counsel if the case remains at issue.

DATED this 13th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge